# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-S-02-083-RLH-LRL |
| vs. | ) | **O R D E R** |
| BECKHAM BAKER, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#84, filed October 20, 2005, and entered and served October 20, 2005), entered by the Honorable Lawrence R. Leavitt regarding Defendant's Motion to Suppress Physical Evidence (#23). Defendant's Objections (#87) were filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The government has filed an Opposition (#88) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be affirmed and adopted.

. . . .

. . . .

. . . .

1   IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2   tion (#84, entered October 20, 2005) is AFFIRMED and ADOPTED, and Defendant Baker's
3   Motion to Suppress Physical Evidence (#23) is DENIED.
4   Dated:   November 15, 2005

_____
**ROGER L. HUNT**
**U.S. District Judge**